# EXHIBIT A

# Assembly Plan Notification/ Application for Approval of Assembly Plan
## Metropolitan Police Department
### Washington, DC



Assembly

Picket

Mail to:  Metropolitan Police Department
Special Operations Division
2850 New York Avenue, NE
Washington, DC 20002

Email to: sod.events@dc.gov

**Date Application Submitted:**   **Date of Event:**

**Purpose:**

**Location:**

**Principal Officer/Person in Charge** (If there is a different person in charge of activities at different locations, each person must be listed):

**Contact Information** (include area codes with phone numbers)
    Day Phone Number:   Evening Phone Number:
    Cell Phone Number:   Fax Number:
    Email Address(es):

**Event Information**
    Name of Group:
    Estimated Number of Participants:

    Assembly Time:   Disbanding Time:

    List any special equipment (props, stages, sound equipment, other structures) that will be used in assembly or rally areas (If additional space is needed, please list on a separate sheet):

Any planned civil disobedience:  Yes    No
(If yes, please indicate the individual/group, number of participants & locations)

_____   7/20/2020
Signature *(Tim Whittington)*   Date