UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FREDERICK DOUGLASS FOUNDATION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 20-3346 (JEB) |

### DEFENDANT'S MOTION TO DISMISS
### PLAINTIFFS' AMENDED COMPLAINT

Defendant the District of Columbia (the District) moves to dismiss plaintiffs' Amended Complaint with prejudice. Fed. R. Civ. P. 12(b)(6). As set forth in the accompanying memorandum of points and authorities, dismissal is appropriate because plaintiffs fail to plausibly allege violations of the Free Speech Clause, Due Process Clause, their expressive-association rights, the Religious Freedom Restoration Act or the Free Exercise Clause. Plaintiffs base their claims on the theory that the District selectively enforces the Anti-Intimidation and Defacing of Public or Private Property Criminal Penalty Act of 1982 (the Defacement Ordinance) against individuals who write messages on District streets that the District disagrees with but not against individuals who write messages the District prefers. But plaintiffs fail to adequately allege that such selective enforcement exists. Moreover, plaintiffs do not have a right to deface public property and fail to allege that the District's application of the Defacement Ordinance violates their constitutional or statutory

rights. Thus, plaintiffs fail to state a claim for relief, and the District is entitled to dismissal on all claims in the Amended Complaint. A proposed order is attached.

Dated:  May 17, 2021.              Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Acting Deputy Attorney General
Public Interest Division

*/s/ Gavin N. Palmer*
GAVIN N. PALMER [1619264]
PAMELA A. DISNEY [1601225]
Assistant Attorneys General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 805-7440
gavin.palmer@dc.gov

*Counsel for Defendant*