UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE FREDERICK DOUGLASS
FOUNDATION, INC., *et al.*,

    Plaintiffs,

    v.

DISTRICT OF COLUMBIA,

    Defendant.

Civil Action No. 20-3346 (JEB)

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's Motion to Dismiss is GRANTED; and

2. The case is DISMISSED WITHOUT PREJUDICE.

    /s/ James E. Boasberg
    JAMES E. BOASBERG
    United States District Judge

Date: September 1, 2021

1